1  **PETERSON WATTS LAW GROUP, LLP**
   GLENN W. PETERSON, ESQ. (SBN 126173)
2  gpeterson@petersonwatts.com
3  2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
4  Phone:   (916) 780-8222
   Fax:     (916) 780-8775
5

6  J. Gordon Howard*
   **RUSSELL, OLIVER & STEPHENS, PLC**
7  5178 Wheelis Drive
   Memphis, TN 38117
8  Telephone: (901) 844-4449
   Facsimile: (901) 844-4435
9  E-Mail:   gordonh@roslawgroup.com
   *Motion to appear *pro hac vice* to be filed
10

11 Attorneys for Defendant
   Walmart Inc.
12

13                    IN THE SUPERIOR COURT OF CALIFORNIA
14                         FOR THE COUNTY OF SONOMA

15 | HABTEAB BERHANE,              | )   | Civil Action No.: MSC-192469 |
16 |                               | )   |                              |
   |             Plaintiff,        | )   |                              |
17 |                               | )   | **NOTICE OF REMOVAL TO**     |
   |       v.                      | )   | **FEDERAL COURT**            |
18 |                               | )   |                              |
   | WALMART, INC.,                | )   |                              |
19 |                               | )   |                              |
   |             Defendants.       | )   |                              |
20 |                               | )   |                              |

21 **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES
22 INTERESTED:**

23     **PLEASE TAKE NOTICE**, that a Notice of Removal of this action was filed in the United
24 States District Court for the Northern District of California, on March 22, 2023. A copy of
25 said Notice of Removal is attached to this Notice as **Exhibit "1"** and is served and filed herein.
26 Pursuant to 28 U.S.C. §§ 1446(d), Sonoma County Superior Court shall proceed no further in this
27 action
28 / / /

   / / /

unless and until the case is remanded.

DATED: March 22, 2023        **PETERSON WATTS LAW GROUP, LLP**

By:  _____
      GLENN W. PETERSON

Attorneys for Defendant Walmart Inc.

MATTER TITLE: *Habteab Berhane v. Walmart, Inc.*
CASE NO.: MSC-192469

**PROOF OF SERVICE**

I am employed in the County of Placer; my business address is 2267 Lava Ridge Court, Suite 210, Roseville, California. I am over the age of 18 years and not a party to the foregoing action.

On March 22, 2023, I served the following documents:

**NOTICE OF REMOVAL TO FEDERAL COURT**

☒ **BY MAIL**: I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with the firm's practices of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business, in a sealed envelope with postage fully prepaid, in accordance with Code of Civil Procedure section 1013(a).

☐ **BY OVERNIGHT DELIVERY:** I caused such overnight envelope to be deposited, with delivery fees paid or provided for, addressed to the addressee(s) designated and delivering that envelope to an overnight express service carrier, in accordance with Code of Civil Procedure section 1013(c).

☐ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated, in accordance with Code of Civil Procedure section 1010.6.

Habteab Berhane
933 Edwards Avenue #38
Santa Rosa, CA 95401

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 22, 2023, at Roseville, California.

_____
KAREN L. BENZLER